**FILED**
January 03, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SM_____
DEPUTY

United States vs.
Carline Stone Bolding
USDC No. 6:19-CR-258-6

Motion for Reconsideration of Sentencing.

Honorable Judge Alan Albright:

I am filing this motion to ask your honor to Reconsider the 120 month sentence that you gave me.

I am Requesting that your honor Reduces my Sentence by the 36 months that I was under pretrial supervision.

During that time, I adhered to all supervision Requirements, attended college full-time and worked two part-time jobs.

I pray your Honor
will take this motion
under consideration.


Signed
*[signature]*
Carline Stone Bolding
40467-480
Federal Prison Camp
P O Box 2149
Bryan, TX 77805

Carline Bolding
40467-480
Federal Prison Camp
PO Box 2149
Bryan, TX 77805

RECEIVED
JAN 03 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

U.S. District Judge Alan Albright
800 Franklin Ave #301
Waco, TX 76701

NORTH HOUSTON TX 773
28 DEC 2022 PM 4 L

FOREVER / USA

76701-193476