# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

─────────────────

## Criminal Docket No. 6:19-cr-00258
## Civil Docket No. 6:22-cv-00816

─────────────────

**XAVIER HERNANDEZ,**
    Movant,

v.

**UNITED STATES OF AMERICA,**
    Respondent.

─────────────────────────────────

**MOVANT'S MOTION FOR CONTINUANCE
OF MARCH 30, 2023, MOTIONS HEARING**

─────────────────────────────────

CLOUTHIER LAW, PLLC
Susan J. Clouthier
Tex. Bar No. 24062673
Woodlands Tower at the Waterway
9950 Woodloch Forest Dr., Suite 1300
The Woodlands, Texas 77380
Ph: (346) 443-4300
Fax: (346) 443-4343
susan@clouthierlaw.com


**Attorney for Movant
Xavier Hernandez**

To the Honorable Judge of the Court:

COMES NOW Xavier Hernandez, and files this Motion for Continuance, and in support of his motion, would show the Court as follows:

I.

An evidentiary hearing in this matter is scheduled for March 30, 2023.

II.

An unavoidable scheduling conflict with the current hearing date has arisen making Mr. Hernandez's counsel unavailable for court. Mr. Hernandez respectfully seeks a continuance to April 13, 2023, or the next available date on the Court's docket thereafter.

III.

Stephanie Smith-Burris, Assistant United States Attorney, has no objection to this request.

IV.

This motion for continuance is not brought for purposes of delay, but in the interest of justice.

WHEREFORE, Xavier Hernandez requests the Court to continue

1

the evidentiary hearing date.

Date: March 28, 2023

>Respectfully submitted,
>
>/s/ *Susan J. Clouthier*
>
>Susan J. Clouthier
>Clouthier Law, PLLC
>State Bar No. 24062673
>9950 Woodloch Forest Dr, Ste 1300
>The Woodlands, Texas 77380
>Phone: (346) 443-4300
>Fax: (346) 443-4343
>susan@clouthierlaw.com
>
>
>**ATTORNEY FOR APPELLANT**
>**XAVIER HERNANDEZ**

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2023, a true and correct copy of this motion has been served via the Court's ECF system to all, counsel of record.

>/s/ *Susan J. Clouthier*
>Susan J. Clouthier
>Tex. Bar No. 24062673
>9950 Woodloch Forest Dr., Ste. 1300
>The Woodlands, Texas 77380

Ph: (832) 849-5410  
Fax: (832) 514-6215  
susan@clouthierlaw.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

_____

Criminal Docket No. 6:19-cr-00258
Civil Docket No. 6:22-cv-00816

_____

XAVIER HERNANDEZ,
    Movant,

v.

UNITED STATES OF AMERICA,
    Respondent.

_____

[PROPOSED] ORDER
_____

Having reviewed Movant's motion for continuance, the motion is hereby **GRANTED**. The hearing previously scheduled for March 30, 2023, is hereby rescheduled for _____, 2023, at _____. SO ORDERED.

Date:

                                  _____
                                  UNITED STATES DISTRICT JUDGE